AO 86A  (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Carmen J. Polito<br>*Defendant* | )<br>)<br>)  Case No.  1:18-cr-10407<br>)<br>) |

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE**

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

*[Signature: Carmen Joey Polito]*
*Defendant's signature*

**Waiver of a Right to Trial by Jury**

I waive my right to a jury trial.

*[Signature: Carmen Joey Polito]*
*Defendant's signature*

The United States consents to the jury-trial waiver: *[Signature]*
*Government representative's signature*

_____
*Government representative's printed name and title*

**Waiver of a Right to Have 30 Days to Prepare for Trial**

I waive my right to have 30 days to prepare for trial.

_____
*Defendant's signature*

_____  _____
*Printed name of defendant's attorney (if any)*    *Signature of defendant's attorney (if any)*

Date: _____    Approved by: _____
*Magistrate Judge's signature*